IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GARCIA VARGAS PASCUAL,                    *

        Petitioner,                        *

v.                                        Case No.   4:26-cv-00899-CDL-AGH
                                          *

 Warden, STEWART DETENTION CENTER,
et al. ,                                  *

        Respondents.                      *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 6th day of July, 2026.

        David W. Bunt, Clerk

        s/ Ashley N. Yates, Deputy Clerk